**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 5, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00051-CV

---

## JOHN W. O'DOWD, Appellant

## V.

## ANCORIAN PROPERTIES, LLC, Appellee

---

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2017-54174**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed October 15, 2018. On February 27, 2019, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Hassan, and Poissant.